UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

FORESIGHT FUND MANAGERS LTD.

*Petitioner*,

v.

THE KINGDOM OF SPAIN

*Respondent*.

**Index No.** _____

**Declaration of Thomas C.C. Childs**

---

### DECLARATION OF THOMAS C.C. CHILDS IN SUPPORT OF PETITIONER'S PETITION TO CONFIRM FOREIGN ARBITRAL AWARD

Pursuant to 28 U.S.C. § 1746, I, THOMAS C.C. CHILDS, declare as follows:

1. I am an attorney admitted to practice law in New York and admitted in this Court. I am counsel at the law firm King & Spalding LLP, and I represent Petitioner Foresight Fund Managers Limited ("Petitioner" or "Foresight Fund").

2. I respectfully submit this declaration in support of Foresight Fund's Petition to Confirm Foreign Arbitral Award and to place before the Court the exhibits attached hereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Final Award issued on October 24, 2022, in the arbitration captioned *Triodos SICAV II v. The Kingdom of Spain*, SCC Arbitration No. 2017/194.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Deed of Assignment dated September 30, 2025, between Triodos SICAV II and Foresight Fund.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Energy Charter Treaty.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Luxembourg's profile on the Energy Charter website, available at: https://www.energycharter.org/who-we-are/members-observers/countries/luxembourg/ (last accessed on October 22, 2025).

7. Attached hereto as **Exhibit 5** is a true and correct copy of Spain's profile on the Energy Charter website, available at: https://www.energycharter.org/who-we-are/members-observers/countries/spain/ (last accessed on October 22, 2025).

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Note dated February 19, 1993, from Clive Jones, Secretary General of the European Energy Charter Conference Secretariat, to the attention of Ambassador Rutten.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Council and Commission Decision dated September 23, 1997, on the conclusion, by the European Communities, of the Energy Charter Treaty and the Energy Charter Protocol on energy efficiency and related environmental aspects.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Final Act of the European Energy Charter Conference, dated December 17, 1994.

11. Attached hereto as **Exhibit 9** is a true and correct copy of Articles 215 to 218 of the Treaty on the Functioning of the European Union.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the Statement submitted by the European Communities to the Secretariat of the Energy Charter pursuant to Article 26(3)(b)(ii) of the Energy Charter Treaty, dated November 17, 1997.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the Request for Arbitration in the Matter of Triodos SICAV II v. The Kingdom of Spain, dated December 21, 2017.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Judgment of the Court of Justice of the European Union (the "CJEU") in *Slovak Republic v. Achmea BV*, dated March 6, 2018.

15. Attached hereto as **Exhibit 13** is a true and correct copy of Articles 6 to 8 of the Agreement on Encouragement and Reciprocal Protection of Investments Between the Kingdom of the Netherlands and the Czech and Slovak Federal Republic. dated April 29, 1991.

16. Attached hereto as **Exhibit 14** is a true and correct copy of Opinion 1/17 of the CJEU, dated April 30, 2019.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the Declaration of the Representatives of the Governments of the Member States on the Legal Consequences of the Judgment of the Court of Justice in *Achmea* and on Investment Protection in the European Union, dated January 15, 2019.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the Judgment of the CJEU in *Republic of Moldova v. Komstroy LLC*, dated September 2, 2021.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a certified English translation of the judgment of the Svea Court of Appeal in *Kingdom of Spain v. Triodos SICAV II*, dated March 27, 2024, together with the Swedish original of the judgment.

20. Attached hereto as **Exhibit 18** is a true and correct copy of an English translation of excerpts of the Swedish Arbitration Act, including Section 33 thereof. This translation is

available at: https://www.newyorkconvention.org/media/uploads/pdf/6/5/652_the-swedish-arbitration-act.pdf (last accessed on October 22, 2025).

21. Attached hereto as **Exhibit 19** is a true and correct copy of the 2017 version of the Arbitration Rules of the Arbitration Institute of the Stockholm Chamber of Commerce.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the Vienna Convention on the Law of Treaties, dated May 23, 1969.

23. Attached hereto as **Exhibit 21** is a true and correct copy of an excerpt of the International Energy Charter Transparency Document – Policies, Practices and Conditions of Contracting Parties Listed in Annex ID.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 23, 2025
New York, New York

                               */s/ Thomas C.C. Childs*
                               Thomas C.C. Childs (NY0449)
                               KING & SPALDING LLP
                               1290 Avenue of the Americas
                               New York, NY 10104
                               Tel: (212) 556-2200
                               Fax: (212) 556 -2222
                               tchilds@kslaw.com

                               *Attorney for Petitioner Foresight Fund Managers Ltd.*